# United States District Court

**FILED**

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

MAR 17 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

UNITED STATES OF AMERICA

v.

PATRICK ONEAL JACOBS

**CRIMINAL COMPLAINT**

CASE NUMBER: 2:08mj19-WC

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __March 16, 2008__ in __Montgomery__ county, in the __Middle__ District of __Alabama__ defendant did, (Track Statutory Language of Offense) knowingly possess with the intent to distribute marijuana, a Schedule I Controlled Substance,

in violation of Title ____21____ United States Code, Section(s) __841(a)(1)__

I further state that I am a __Task Force Agent with HIDTA__ and that this complaint is based on the following facts:
Official Title

See attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

__March 17, 2008__                    at    __Montgomery, Alabama__
Date                                              City and State

WALLACE CAPEL, JR., U.S. MAGISTRATE JUDGE    _____
Name & Title of Judicial Officer                  Signature of Judicial Officer

AFFIDAVIT

I, Robert Thornton, being first duly sworn, do hereby state and affirm that:

1. I am an Alabama State Trooper, assigned as an agent for the Alabama Bureau of Investigation's Narcotics Operations Service, and detailed to the Major Investigation Team of the High Intensity Drug Trafficking Area Task Force (HIDTA), which are both located at the Investigative Operations Center in Montgomery, Alabama. I am cross-designated and federally deputized as an agent of the United States Drug Enforcement Administration (DEA), which empowers me with authority under Title 21, United States Code, to conduct investigations and make arrests of those suspected of involvement in illegal activity pertaining to violations of federal law. I have twenty-seven years of law enforcement experience, in which, the past thirteen have been extensively directed in narcotics investigations. The facts and information in this affidavit are based on my personal knowledge and the knowledge of other law enforcement officers.

2. On Sunday, March 16, 2008, Trooper Zachary Harrelson was on routine patrol on Interstate 85 at the 15 mile marker. At approximately 10:35 a.m., Trooper Harrelson observed a tan Kenworth tractor trailer traveling north on Interstate 85. The tractor trailer was following a blue sport utility vehicle too closely. Trooper Harrelson observed that the tractor trailer was traveling approximately 60 to 80 feet from the sport utility vehicle. Trooper Harrelson activated his emergency equipment and pulled in behind the tractor trailer. The tractor trailer, bearing North Carolina license plate LW 5199 then pulled over onto the shoulder of the roadway at the 17 mile marker.

3. While approaching the tractor trailer, Trooper Harrelson observed a seal number on the trailer doors (0454871). Trooper Harrelson advised the driver the reason for the traffic stop. The driver replied, "Yeah I got over to pass, and the car in front of me slowed down". Trooper Harrelson then asked the driver for his driver license and registration. The driver produced a North Carolina driver license identifying the driver as PATRICK ONEAL JACOBS. Trooper Harrelson asked, "What are you hauling?" JACOBS replied, "Vegetables, and handed Trooper Harrelson his bill of lading. Trooper Harrelson asked JACOBS for his log book and advised JACOBS to exit the cab of the truck and have a seat in the front passenger side of his patrol car while Trooper Harrelson advised JACOBS that he was going to issue him (JACOBS) a warning citation for following too close.

4. While issuing JACOBS the warning citation, Trooper Harrelson asked, "Where are you going?" JACOBS stated, "Front Royal, Virginia". JACOBS stated, "I picked up my load in McAllen, Texas. While speaking with JACOBS, Trooper Harrelson noticed that JACOBS became nervous,

       his breathing became heavy, rapid heart rate, and his carotid artery was pulsating in his neck. Trooper Harrelson asked JACOBS why the seal number on the trailer doors (0454871) was different from the seal number on the bill of lading (53907). JACOBS advised that the company did not put a seal on the trailer, he put the seal on the trailer himself. Trooper Harrelson asked JACOBS why was there a seal number listed on the bill of lading. JACOBS gave no response, but advised he put the seal on the trailer himself. Trooper Harrelson asked JACOBS had he ever been arrested. JACOBS stuttered, hesitated and then stated, "For disorderly conduct." Trooper Harrelson asked JACOBS how long had he been driving for the company. JACOBS advised about four months

5. While talking with JACOBS, Trooper Harrelson contacted Trooper Phillip Baker via Southern Linc radio and requested that Trooper Baker come to the 17 mile marker. Upon Trooper Baker's arrival at the location, Trooper Harrelson advised Trooper Baker of the discrepancies while talking with JACOBS. Trooper Harrelson also noted other indicators such as JACOBS coming from a source city, different seal numbers, extended down time, unnecessary route from McAllen to San Antonio, Texas. JACOBS unable to explain different seal numbers and JACOBS demeanor. Trooper Baker then spoke with JACOBS. Trooper Baker asked JACOBS for verbal consent to search the tractor trailer. JACOBS replied, "Yes". Trooper Baker continued to speak with JACOBS and again asked JACOBS for consent to search the tractor and trailer. JACOBS again replied, "Yes". Trooper Baker removed the seal from the trailer doors and entered the rear of the trailer. After entering the trailer, Trooper Baker climbed on top of the load and advised Trooper Harrelson to watch JACOBS. Approximately one minute later, Trooper Baker advised Trooper Harrelson to place JACOBS in custody. Trooper Harrelson advised JACOBS to exit the patrol vehicle, where he was placed in handcuffs without incident. JACOBS was advised that he was under arrest for "Trafficking in Marijuana" and advised of his rights under Miranda. JACOBS advised he did not know anything was in the truck. Trooper Baker cut into one of the bundles and observed a green plant matter believed to be marijuana. There was also an odor of marijuana in the trailer.

6. I was contacted via Southern Linc radio by Trooper Lieutenant Tim Pullin and advised of the circumstances relative to the traffic stop, and I responded to the scene. The tractor trailer and JACOBS were transported to the Department of Public Safety Auto Shop for further investigation. The purported marijuana was off-loaded from the trailer and counted, which revealed a total of 121 bundles all wrapped in black material. The total weight of the purported marijuana was approximately 2,820 pounds. At approximately 12:08 p.m., I read and explained to JACOBS his rights under Miranda. JACOBS advised that he understood his rights and signed the waiver of rights form. While talking with JACOBS, JACOBS advised me

that he did not know what was in the trailer, and that he was told by a Mexican dude that he had carrots and green beans in the trailer. However, based upon my experience and training, and due to the amount of marijuana found in the trailer (in excess of 2,000 pounds), the sporadic placement of the marijuana within the trailer, the fact that the seal on the bill of lading did not match the seal on the trailer doors at the time of the stop, and JACOBS' anxious demeanor upon arrest, I did not believe that JACOBS' statements were credible.

Based upon the statement of facts and circumstances set forth herein, I have probable cause to believe that on March 16, 2008, in the Middle District of Alabama, PATRICK ONEAL JACOBS, committed a violation of Title 21, United States Code, Section 841(a)(1): that is, Possession with Intent to Distribute Marijuana, a Schedule I Controlled Substance.

_____
Robert Thornton, Affiant
Group 40 Task Force Officer


Sworn to and subscribed before me this 17th day of March 2008.

_____
Hon. Wallace Capel, Jr.
United States Magistrate Judge