IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v ) | CRIMINAL ACTION NO. |
| ) | 2:08mj19-WC |
| PATRICK ONEAL JACOBS ) | |

**ORDER**

For good cause,

It is ORDERED that a detention and preliminary hearing is set for **March 20, 2008 at 9:00 a.m.** in Courtroom 5A, Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama, before the undersigned Magistrate Judge.

Pending this hearing, the defendant(s) shall be held in custody of the U. S. Marshal and produced for the hearing.

DONE this 18th day of March, 2008.

/s/ Wallace Capel, Jr.
_____
WALLACE CAPEL, JR.
UNITED STATE MAGISTRATE JUDGE