IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08mj19-WC |
| | ) | |
| PATRICK ONEAL JACOBS | ) | |

# **ORDER**

On March 20, 2008, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary and detention hearing in this case. Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense. Accordingly, it is

ORDERED that the defendant be held to answer the charges against him in this court.

During the detention portion of the hearing, the Court allowed defendant one week to work out conditions of release with probation which includes finding proper housing in the Montgomery, Alabama area. Court will then reconvene for final determination of bond.

Therefore, IT IS FURTHER ORDERED that a bond hearing is set for March 27, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama.

Done this 20th day of March, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE