IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | RECEIVED |
| ) | |
| Plaintiff, ) | 2008 MAR 20  P 2: 06 |
| ) | |
| vs. ) | CASE NO. 2:08-MJ-19-WC |
| ) | |
| PATRICK ONEAL JACOBS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF APPEARANCE

Please take notice that David W. Vickers hereby gives Notice of Appearance as retained counsel of record for the Defendant, Patrick Oneal Jacobs, in the above stated case.

**Respectfully submitted** on this the _20_ day of March, 2008.

_____
DAVID W. VICKERS (VIC004)
VICKERS, SMITH & WHITE, P.L.L.C.
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334) 264-6466

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion has been served, by hand delivery, U.S. mail, postage prepaid and properly addressed, or by placing a copy of the same in the U.S. Attorney's box in the Clerks Office:

United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101

**Done** on this the _20_ day of March, 2008.

_____
OF COUNSEL

025-08/NotApp1.1