IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| VS. | ) CASE NO. 2:08mj00019-WC |
| | ) |
| PATRICK ONEAL JACOBS | ) |

**NOTICE OF APPEARANCE**

Notice is hereby given of the appearance of Thomas M. Goggans as counsel for Defendant PATRICK ONEAL JACOBS.

<u>**s/ Thomas M. Goggans**</u>
Ala. State Bar No. 2222-S45T
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
PATRICK ONEAL JACOBS

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have on this the 24th day of March, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following:  Nathan D. Stump.

<u>**s/ Thomas M. Goggans**</u>
Ala.  S.J.I.S. GOG001
2030 East Second Street
Montgomery AL 36106
PH: 334.834.2511
FX: 334.834.2512
e-mail: tgoggans@tgoggans.com

Attorney for Defendant
PATRICK ONEAL JACOBS