IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | CR. NO. 2:08-mj-19-WC |
| **PATRICK ONEAL JACOBS** ) | |
| ) | |

## UNITED STATES' MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves this Court to substitute Assistant United States Attorney Verne H. Speirs as counsel of record for the United States of America in this matter in place of Assistant United States Attorney Nathan D. Stump.

Respectfully submitted this the 25th day of March, 2008.

                                                  LEURA G. CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Verne H. Speirs
                                                VERNE H. SPEIRS
                                                Assistant United States Attorney
                                                Post Office Box 197
                                                Montgomery, Alabama 36101-0197
                                                (334) 223-7280
                                                (334) 223-7138 fax
                                                verme.speirs@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | |
| ) | **CR. NO. 2:08-mj-19-WC** |
| **PATRICK ONEAL JACOBS** ) | |
| ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: David Windall Vickers and Thomas M. Goggans.

        Respectfully submitted,

        /s/ Verne H. Speirs
        VERNE H. SPEIRS
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        (334) 223-7280
        (334) 223-7138 fax
        verne.speirs@usdoj.gov