IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08mj19 |
| | ) | |
| PATRICK ONEAL JACOBS | ) | |

**CONFLICT DISCLOSURE STATEMENT**

    COMES NOW **Patrick Oneal Jacobs,** a defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [X] This party is an individual, or

- [ ] This party is a governmental entity, or

- [ ] There are no entities to be reported, or

- [ ] The following entities and their relationship to the party are hereby reported:

Reportable Entity                        Relationship to Party

_____     _____

_____     _____

_____     _____

_____     _____

**s/ Thomas M. Goggans**
Ala. State Bar No. 2222-S45-T
2030 East Second Street
Montgomery AL 36106
PH; 334.834.2511
FX: 334.834.2512
e-mail tgoggans@tgoggans.com

Attorney for Defendant
Patrick Oneal Jacobs

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

2

|  |  |  |
|---|---|---|
| NORTHERN DIVISION | | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. 2:08mj19 |
| | ) | |
| PATRICK ONEAL JACOBS | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 27th day of March, 2008, electronically filed this document with the Clerk of the Court using the CM/ECF system which will send notification to each of the following: Verne H. Speirs.

                **s/ Thomas M. Goggans**
                Ala. State Bar No. 2222-S45-T
                2030 East Second Street
                Montgomery AL 36106
                PH; 334.834.2511
                FX: 334.834.2512
                e-mail tgoggans@tgoggans.com

                Attorney for Defendant
                Patrick Oneal Jacobs