IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:08-MJ-19-WC |
| ) | |
| PATRICK ONEAL JACOBS ) | |
| ) | |
| Defendant. ) | |

RECEIVED
2008 APR -2 P 3:08

## MOTION TO WITHDRAW

**COMES NOW** the undersigned counsel and respectfully moves this Honorable Court to allow him to withdraw his representation of the above named defendant and as grounds states as follows:

1. Thomas Goggins entered an appearance as retained counsel representing the defendant.

**WHEREFORE** premises considered, undersigned counsel respectfully requests this Honorable Court to allow him to withdraw from the above styled case.

Respectfully submitted on this the 2nd day of April, 2008.

_____
**DAVID W. VICKERS (VIC004)**
**VICKERS SMITH & WHITE, P.L.L.C.**
22 Scott Street, 2nd Floor
Montgomery, Alabama 36104
(334) 264-8818

OF COUNSEL:
David W. Vickers
P.O. Box 101
Montgomery, AL 36101-0101
(334)-269-1192

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document by hand delivery, U.S. mail, postage prepaid and properly addressed, or by placing a copy of the same in the U.S. Attorney's box in the Clerks Office:

United States Attorney's Office
Post Office Box 197
Montgomery, AL 36101

**Done** this the 2nd day of April, 2008.

_____
OF COUNSEL