IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08mj19-WC |
| | ) | |
| PATRICK ONEAL JACOBS | ) | |

## **ORDER ON MOTION**

On April 2, 2008, Defense counsel, David W. Vickers moved (Doc. #17) the Court to withdraw as Attorney in this matter. In considering the motion, the Court observes Attorney Thomas Goggins has entered a notice of appearance (Doc. #10) as counsel for Defendant. Accordingly, it is

ORDERED that the motion (Doc. #17) is GRANTED. David W. Vickers is WITHDRAWN as lead counsel for Defendant.

Done this 3rd day of April, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE